UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

MARK J. SCHWARTZ,

    Plaintiff,

vs.

CLARK COUNTY NEVADA, *et al.*,

    Defendants.

2:13-cv-00709-JCM-VCF

**ORDER**

    Before the Court is *Mark J. Schwartz v. Clark County Nevada, et al.*, case number 2:13-cv-00709-JCM-VCF.  This case has been remanded from the Ninth Circuit.  The parties have filed supplemental briefs on the remanded issues.

    Accordingly,

    IT IS HEREBY ORDERED that dispositive motions must be filed and served no later than April 28, 2017.

    6.    The Joint Pretrial Order is due by May 30, 2017.  If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

    DATED this 28th day of February, 2017.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE