1 Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
2 Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
3 Suite 203
Las Vegas, Nevada 89128
4 (702)202-4223
(702)202-2003
5 Attorney for Mark Schwartz

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK J. SCHWARTZ, | ) |
| | ) 2:13-cv-00709-JCM-VCF |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CLARK COUNTY NEVADA; and | ) |
| JACQUELINE R. HOLLOWAY, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**JOINT STIPULATION TO MOVE TRIAL DATE**

The Parties hereby stipulate to placement on the trial stack of April 23, 2018. Furthermore, the Parties agree to appear at a new calender call set for April 18, 2018 at 1:30 p.m.

April 4, 2018         Respectfully submitted,

Law Office of Mary F. Chapman, Ltd.

By:  /S/ Mary F. Chapman, Esq.
     Mary F. Chapman, Esq
     Law Office of Mary F. Chapman
     8440 W. Lake Mead Blvd., #203
     Las Vegas, NV 89128

     Attorney for Mark Schwartz

/ / /

/ / /

/ / /

/ / /

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

/S/ Yolanda Givens, Esq.
Yolanda Givens, Esq.
Clark County District Attorney's Office
Civil Division
500 South Grand Central Pkwy.
P.O. Box 552215
Las Vegas, NV 89155-2215

IT IS SO ORDERED April 5, 2018.

_____
UNITED STATES DISTRICT JUDGE